UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
LONDON LUXURY LLC

        *Plaintiff*,

v.

WALMART INC.

        *Defendant*.

------------------------------------- x

Case No. 7:22-cv-00599-CS

## [PROPOSED] ORDER ON MOTION TO SEAL

Plaintiff London Luxury LLC ("London Luxury"), having moved to file under seal its pre-motion letter regarding London Luxury's proposed motion to expedite (the "Letter"), and the Court having reviewed the application and found sufficient cause under Fed. R. Civ. P. 5.2(d) to order that London Luxury may file its Letter under seal, and that it may file a redacted version of the Letter in public view, and an unredacted version under seal, on the Court's ECF system, it is hereby

ORDERED that London Luxury may file a redacted version of the Letter in public view on the Court's ECF system and file an unredacted version under seal on the Court's ECF system. The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Section 6.14.

The Clerk is directed to restrict access to this Order to the selected party viewing level, and to terminate ECF Nos. 11 and 16.

Dated: 1/31/22

White Plains, New York

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.