**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LONDON LUXURY LLC, | |
| *Plaintiff*, | |
| v. | Case No: 7:22-cv-00599-CS |
| WALMART INC., | |
| *Defendant.* | |
| WALMART INC., | |
| *Counterclaim-Plaintiff*, | |
| v. | |
| LONDON LUXURY LLC, | |
| *Counterclaim-Defendant*. | |

**DECLARATION OF MARC JASON IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR A SPEEDY DECLARATORY JUDGMENT HEARING,**
**EXPEDITED DISCOVERY, AND A PROMPT TRIAL**

I, MARC JASON, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

This declaration is based upon my personal knowledge of the facts stated herein or on my review of the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

1.      I am the Chief Executive Officer of London Luxury, LLC ("London Luxury"), and have served in that role since 2002. I have spent more than two decades working in the retail supply industry and have extensive experience with product manufacturing and quality, regulatory, and social compliance. I am fully familiar with London Luxury's operations, including its business with Walmart Inc. ("Walmart") and its nitrile examination glove program.

1

**London Luxury's Business**

2.      London Luxury's business focuses on the manufacturing, design, development, production, import, and distribution of consumer home goods and consumer health and wellness products, and has spent years building that status and reputation in the marketplace.  Among other things, London Luxury specializes in the manufacture and import of goods such as towels, bedding products, sleepwear, and health and wellness supplies.

3.      Amidst the COVID-19 pandemic, London Luxury also developed a specialty in the manufacture, import, and distribution of personal protective equipment such as face masks, medical gowns, and nitrile gloves.

4.      London Luxury sells products under several London Luxury private label brand names, as well as the names of several other national, household brands.  London Luxury's products are available for purchase at major retailers such as Bed Bath and Beyond, Costco, Kohl's, and Walmart.

5.      Because of its global reach, London Luxury has created an international supply chain system.  To meet its needs and the real time needs of its customers, London Luxury works with a variety of top-tier manufacturers around the world, including in China, India, Turkey, Portugal, Mexico, and Pakistan, and the United States, to manufacture and source products.  As an importer and supplier of goods to major retailers, London Luxury's business fundamentally relies on having a highly functional supply chain system and maintaining excellent relations with its manufacturers that produce the goods that London Luxury designs, develops, and sells to its clients, as well as excellent relations with other supply chain partners.

**London Luxury's Dealings With Walmart**

6.      London Luxury has an extensive business relationship with Walmart and has provided a variety of consumer good products other than nitrile gloves to Walmart over the last several years.

7.      In or about the summer of 2020, Walmart and London Luxury began discussing Walmart purchasing nitrile examination gloves from London Luxury.  Eventually by the latter half of 2020 or early 2021, Walmart expressed to London Luxury that it intended to purchase tens of millions of boxes of gloves over a 12-month period.  Throughout 2021, Walmart progressively increased its written and signed purchase commitment to London Luxury.

8.      Walmart committed to buy a sizable quantity of gloves at a time when global demand for nitrile gloves was unusually high due to the COVID-19 pandemic.  Based on my experience, nitrile gloves are mostly manufactured outside of the United States, predominantly at factories in Asia.  Thus, to meet Walmart's purchasing demands, London Luxury would need to coordinate with foreign manufacturers and arrange to have them dedicate a substantial (if not all) of their production capacity to fulfilling Walmart's purchases.

9.      In order to marshal the necessary resources and coordinate the logistics for fulfilling Walmart's demand for gloves, London Luxury would need to (and ultimately did) devote a significant portion of its own financial and personnel resources to the nitrile glove program.

10.     In light of the significant commitment required from London Luxury to meet Walmart's substantial purchasing needs, London Luxury needed a firm and binding commitment from Walmart that it would in fact accept and pay for the gloves it purchased from London Luxury.

11.     Through a series of signed commitment letters on Walmart stationary entered on February 23, 2021, April 28, 2021, and June 14, 2021 (collectively, the "Amended Commitment

Letter"), Walmart made an "irrevocable" and "non-cancellable" agreement to buy tens of millions of boxes of nitrile gloves from London Luxury over the next several years.  In the February 23, 2021 commitment letter, Walmart "committed to purchase from London Luxury a minimum of 6,072,770 master cartons [*i.e.*, 60,727,770 boxes] of nitrile examination gloves (the 'Product') on a ***non-cancellable and irrevocable*** basis for a minimum of a twelve (12) month period commencing on the date of first shipment of the Product."  In the April 28, 2021 commitment letter, Walmart committed to purchase at least 72 million boxes of gloves from London Luxury. Later, in the June 14, 2021 commitment letter, which expressly references the February Commitment Letter, Walmart specifically committed to purchase 75-80 million boxes of gloves per year from London Luxury over the next five years.  Pursuant to these commitments, between May 24 and May 26, 2021, Walmart submitted purchase orders for more than 72 million boxes of gloves.

12.     London Luxury undertook considerable efforts and dedicated substantial staffing and resources to fulfill Walmart's demands for nitrile gloves.  Because almost all of the world's nitrile glove production occurs outside of the United States, London Luxury spent considerable time and resources coordinating supplies of gloves for Walmart from factories in Malaysia and Thailand.

13.     After months of work, and notwithstanding the considerable obstacles posed to international supply chains by the ongoing COVID-19 pandemic and related governmental responses, London Luxury began to ship gloves to Walmart in July 2021.  Walmart praised London Luxury's efforts to fulfill Walmart's order and made clear over several months, including in written communications, that it wanted London Luxury to proceed with fulfilling the orders.

14.     In the summer or fall of 2021, to the best of my understanding, Walmart lost a business-to-business customer to which it planned to resell the gloves it purchased from London Luxury.  Thereafter, Walmart suddenly began to refuse to accept shipment of gloves that it ordered and approved pursuant to the Amended Commitment Letter and that were ready for transport. Walmart's agreement to buy tens of millions of boxes of nitrile gloves from London Luxury was in no way subject to or conditioned on Walmart's relationship with any business-to-business customer.  Indeed, London Luxury was not made aware of Walmart's specific plans to resell the gloves it purchased from London Luxury until after the parties had already entered into the February commitment letter.

15.     Walmart has raised other purported reasons for refusing to accept shipment of the gloves, including purported delays in London Luxury's shipments and purported issues with the product testing conducted on the gloves that are ready for shipment.  To the best of my understanding, these purported reasons are pretextual, and Walmart has stopped accepting shipment of the gloves because it lost its business-to-business resale customer.  London Luxury has nonetheless attempted to work promptly, efficiently, and collaboratively with Walmart to address these purported concerns.  Despite these efforts by London Luxury, Walmart has continued to refuse to authorize shipments of the gloves that it previously authorized and committed to purchasing.

**The Harm Caused To London Luxury By Walmart's Continued Refusal To Accept Shipment Of, Or Pay For, The 158 Transport-Ready Containers**

16.     To date, Walmart has only accepted shipment of approximately 3 million out of the first 73 million boxes of gloves that Walmart committed to buy in the first year from London Luxury pursuant to the Amended Commitment Letter.  There are presently 158 containers of gloves located in ports, factories, and storage in Malaysia and Thailand—which Walmart ordered

pursuant to the Amended Commitment Letter and approved to transport to the port for immediate shipment to the United States and which have been ready for ocean shipment since at least September 2021—but which Walmart has since refused to accept shipment of or pay for.

17.     Walmart's continued wrongful refusal to abide by its commitment to purchase nitrile gloves, including to accept shipment of and pay for the 158 transport-ready containers, and the resulting uncertainty in the parties' contractual relationship is causing serious, ongoing harm to London Luxury in several different ways.

18.     From a logistical perspective, Walmart's refusal to accept shipment of the 158 transport-ready containers means that these containers have been sitting idly at ports, factories, and in storage abroad for months. ███████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

19.     ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

███████████

20. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████

21. ████████████████████████████████

████████████████████████████████████████

██████████████████████████

22. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

23. ████████████████████████████████████████

24. ████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████

25.    ███████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████

26.    Moreover, London Luxury faces significant obstacles and delays to finding a replacement buyer or buyers for the 158 transport-ready containers of gloves, or for the remainder of the gloves that Walmart committed to buy over the next several years, and to completing such a sale or sales.  These obstacles and delays limit Walmart's ability to mitigate the harm being caused by Walmart's wrongful conduct.  First, London Luxury would need to identify a customer

or customers willing to accept the order, which it has not yet done. ████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████ Moreover, even if London Luxury were to sell the gloves to other

parties, it would be difficult for London Luxury to replace the glove supply immediately, and ultimately, London Luxury is not seeking to repudiate the Amended Commitment Letter, but rather is seeking to enforce the Amended Commitment Letter.

27. ███████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████

28. ███████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████

29.     London Luxury has few options, apart from relief from this Court, to promptly redress the substantial and ongoing harm being caused by Walmart's wrongful conduct.  As part of its commitment to purchase nitrile gloves from London Luxury, Walmart obtained a letter of credit for the benefit of London Luxury to ensure that Walmart's payments to London Luxury for nitrile glove orders would be received on time and for the correct amount in the event that Walmart did not timely satisfy its payment obligation.  It is my understanding that this letter of credit remains available until August 15, 2022.  Exhibits 1 & 2. However, London Luxury has not drawn down on this letter of credit, and it faces obstacles to doing so caused by Walmart's wrongful conduct in refusing to accept shipment of and pay for gloves that it committed to purchase.  First, in order to obtain the bill of lading required to draw down on the letter of credit, London Luxury

would need to post significant funding, ████████████ to cover transportation costs with respect to the 158 transport-ready containers. ████████████████████████████ ██████████████████████████████████████████████████████

██████████████████ Moreover, in order to draw down on the letter of credit, London Luxury would need to provide an "SGS Inspector Report (PASS)," and in light of the purported concerns Walmart has raised regarding glove testing, London Luxury anticipates that Walmart would object to any such documentation provided by London Luxury. London Luxury is working diligently to address these issues, and reserves all rights under the letter of credit. However, if this dispute is not resolved by the letter's August 15, 2022 expiration date, London Luxury will lose a critical layer of protection against Walmart's default on its obligations to pay London Luxury for nitrile gloves.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2022

By: _____

Marc Jason
Chief Executive Officer
London Luxury LLC