UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONDON LUXURY LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>WALMART INC.,<br><br>   *Defendant.*<br><br>WALMART INC.,<br><br>   *Counterclaim-Plaintiff,*<br><br>v.<br><br>LONDON LUXURY LLC,<br><br>   *Counterclaim-Defendant.* | Case No: 7:22-cv-00599-CS |

## [PROPOSED] ORDER ON MOTION TO SEAL

  Plaintiff London Luxury LLC ("London Luxury"), having moved to file under seal (1) its memorandum in support of the motion to expedite (the "Expediting Memorandum") and the supporting declaration of Marc Jason (the "Declaration") and (2) Exhibit 5 to the Declaration of Moshe Abehsera in support of London Luxury's opposition to Defendant's motion to transfer (the "Exhibit"), and the Court having reviewed the application and found sufficient cause under Fed. R. Civ. P. 5.2(d) to order that London Luxury may file the Expediting Memorandum, Declaration, and Exhibit under seal and (2) and that it may file redacted versions of these documents in public view, and unredacted versions under seal, on the Court's ECF system, it is hereby

  ORDERED that London Luxury may file redacted versions of the Expediting Memorandum, Declaration, and Exhibit in public view on the Court's ECF system and file unredacted versions under seal on the Court's ECF system. The parties are directed to proceed in

accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Section 6.14.

The Clerk is directed to restrict access to this Order to the selected party viewing level.

Dated:  2/23/22

White Plains, New York

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.