**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LONDON LUXURY LLC, | |
| *Plaintiff,* | Case No: 7:22-cv-00599-CS |
| v. | |
| WALMART INC., | |
| *Defendant.* | |
| WALMART INC., | |
| *Counterclaim-Plaintiff,* | |
| v. | |
| LONDON LUXURY LLC, | |
| *Counterclaim-Defendant.* | |

**[PROPOSED] ORDER ON MOTION TO SEAL**

Plaintiff London Luxury LLC ("London Luxury"), having moved to file under seal its reply memorandum in support of the motion to expedite (the "Reply Memorandum"), and the Court having reviewed the application and found sufficient cause under Fed. R. Civ. P. 5.2(d) to order that London Luxury may file the Reply Memorandum under seal and that it may file a redacted version in public view, and an unredacted version under seal, on the Court's ECF system, it is hereby:

ORDERED that London Luxury may file a redacted version of the Reply Memorandum in public view on the Court's ECF system and file an unredacted version under seal on the Court's ECF system. The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Section 6.14.

The Clerk is directed to restrict access to this Order to the selected party viewing level.

Dated:   March 18, 2022

White Plains, New York

SO ORDERED.

_Cathy Seibel_ ___

CATHY SEIBEL, U.S.D.J.