UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LONDON LUXURY LLC, |
| *Plaintiff*, |
| v. |
| WALMART INC., |
| *Defendant*. |
| WALMART INC., |
| *Counterclaim-Plaintiff*, |
| v. |
| LONDON LUXURY LLC, |
| *Counterclaim-Defendant*. |

Case No: 7:22-cv-00599-CS

## STIPULATION AND [PROPOSED] ORDER SUBSTITUTING ATTORNEYS

The undersigned hereby stipulate to the substitution of the law firm of Debevoise & Plimpton LLP, by and through its attorneys, Maura Kathleen Monaghan, Melanie Burke, and McCahey Townsend, as attorneys of record for Plaintiff and Counterclaim-Defendant London Luxury LLC in the above captioned action in place and instead of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and its attorneys, Stephen R. Neuwirth, Deborah K. Brown, Kimberly E. Carson, and Jared E. Ruocco. Plaintiff and Counterclaim-Defendant London Luxury LLC consents to this substitution of counsel. Quinn Emanuel Urquhart & Sullivan, LLP is asserting a charging lien.

11186-00001/13257063.1

Dated: March 25, 2022

QUINN EMANUEL URQUHART &
SULLIVAN LLP

By: *Stephen R Neuwirth*
Stephen R. Neuwirth
Deborah K. Brown
Kimberly Carson
Jared E Ruocco
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
stephenneuwirth@quinnemanuel.com
deborahbrown@quinnemanuel.com
kimberlycarson@quinnemanuel.com
jaredruocco@quinnemanuel.com

DEBEVOISE & PLIMPTON LLP

By: *[signature]*
Maura Kathleen Monaghan
Melanie Burke
McCahey Townsend
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836
mkmonaghan@debevoise.com
mburke@debevoise.com

LONDON LUXURY LLC

By: *[signature]*
Marc Jason
Chief Executive Officer
270 North Avenue
New Rochelle, New York 10801

11186-00001/13257063.1

3/25/22
White Plains, New York

SO ORDERED:

*Cathy Seibel*
U.S.D.J.