# Exhibit FFF

Message

From:  Nicole Chapman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=512DCC5730694D4899AB8953C9034987-NICOLE CHAP]
Sent:  6/3/2021 11:26:13 AM
To:  Julie Barber [julie.barber@walmart.com]
Subject:  RE: EXT: Nitrile Glove Business
Attachments:  Amendment - Heypex-Walmart - 5.21.21.docx

## Redacted

Thanks!
Nicole
**Nicole Chapman**, Senior Counsel
Walmart U.S. Legal – Merchandising
Phone 479-258-2509, Fax 479-204-9575
nicole.chapman@walmartlegal.com

Walmart
702 Southwest 8th Street (MS 0215)
Bentonville, AR 72716-0215
Save money. Live better.

*This email and any attachments are from an attorney and may be privileged. They should be treated as confidential. If you have received this email in error, please destroy it immediately and notify the sender.*

**From:** Julie Barber <julie.barber@walmart.com>
**Sent:** Thursday, June 3, 2021 9:04 AM
**To:** Nicole Chapman <Nicole.Chapman@walmartlegal.com>
**Subject:** FW: EXT: Nitrile Glove Business

Nicole – **Redacted**

Thank you!

Julie

**From:** VICKI VASSER <Vicki.Vasserjenkins@walmartlegal.com>
**Sent:** Friday, May 21, 2021 10:29 AM
**To:** Garrett Small <Garrett.Small@walmart.com>; Julie Barber <julie.barber@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>; Rhonda Berry <Rhonda.Berry@walmart.com>
**Cc:** Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>; Susan DeSpain <Susan.Despain@walmartlegal.com>
**Subject:** RE: EXT: Nitrile Glove Business

Good morning:

## Redacted

Thank you.

EXHIBIT # 108
DATE
DEPONENT
PROFESSIONAL REPORTERS (800) 375-1005

CONFIDENTIAL                                    WM-LL0095822

Vicki

**Vicki S. Vasser,** Senior Counsel
Walmart U.S. Legal – Merchandising
Office Phone 479-204-9965
Mobile 479-360-9887
Fax 479-204-9575
Vicki.Vasserjenkins@walmartlegal.com

Walmart Inc.
702 Southwest 8th Street (MS 0215)
Bentonville, AR 72716-0215

Walmart

*This email and any attachments are from an attorney and may be privileged. They should be treated as confidential. If you have received this email in error, please destroy it immediately and notify the sender.*

**From:** Garrett Small <Garrett.Small@walmart.com>
**Sent:** Friday, May 21, 2021 9:17 AM
**To:** Julie Barber <julie.barber@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>; Rhonda Berry <Rhonda.Berry@walmart.com>
**Cc:** Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>; VICKI VASSER <Vicki.Vasserjenkins@walmartlegal.com>
**Subject:** RE: EXT: Nitrile Glove Business

The total agreement with London Luxury is 73M. Includes your store volume of 6.1M, GNFR 0.6M and B2B of 66.3M.

Thanks,
Garrett

**From:** Julie Barber <julie.barber@walmart.com>
**Sent:** Friday, May 21, 2021 9:10 AM
**To:** Garrett Small <Garrett.Small@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>; Rhonda Berry <Rhonda.Berry@walmart.com>
**Cc:** Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>; VICKI VASSER <Vicki.Vasserjenkins@walmartlegal.com>
**Subject:** RE: EXT: Nitrile Glove Business

Sorry for not understanding.  Is the agreement with London Luxury for 66M or 55M?

**From:** Garrett Small <Garrett.Small@walmart.com>
**Sent:** Friday, May 21, 2021 9:08 AM
**To:** Julie Barber <julie.barber@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>; Rhonda Berry <Rhonda.Berry@walmart.com>
**Cc:** Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>; VICKI VASSER <Vicki.Vasserjenkins@walmartlegal.com>
**Subject:** RE: EXT: Nitrile Glove Business

CONFIDENTIAL

WM-LL0095823

Correct Julie.

The agreement for London Lux is already complete, and the addendum for Heypex is forth coming based on the price/volume agreement last night.

Garrett

**From:** Julie Barber <julie.barber@walmart.com>
**Sent:** Friday, May 21, 2021 9:02 AM
**To:** Garrett Small <Garrett.Small@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>; Rhonda Berry <Rhonda.Berry@walmart.com>
**Cc:** Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>; VICKI VASSER <Vicki.Vasserjenkins@walmartlegal.com>
**Subject:** RE: EXT: Nitrile Glove Business

Thanks Garrett. So there will be an addendum for both Heypex and London Luxury?

**From:** Garrett Small <Garrett.Small@walmart.com>
**Sent:** Friday, May 21, 2021 8:56 AM
**To:** Julie Barber <julie.barber@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>; Rhonda Berry <Rhonda.Berry@walmart.com>
**Cc:** Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>
**Subject:** RE: EXT: Nitrile Glove Business

Good morning Julie,

It is for 66.3 Million boxes now.
Vicki is drafting the addendum.

Thanks,
Garrett

**From:** Julie Barber <julie.barber@walmart.com>
**Sent:** Friday, May 21, 2021 8:55 AM
**To:** Staci Cochran <Staci.Cochran@walmart.com>; Rhonda Berry <Rhonda.Berry@walmart.com>
**Cc:** Garrett Small <Garrett.Small@walmart.com>; Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>
**Subject:** RE: EXT: Nitrile Glove Business

Thanks Staci.  Is the agreement with London Luxury for 66M boxes or 55M boxes?

**From:** Staci Cochran <Staci.Cochran@walmart.com>
**Sent:** Thursday, May 20, 2021 6:29 PM
**To:** Rhonda Berry <Rhonda.Berry@walmart.com>; Julie Barber <julie.barber@walmart.com>
**Cc:** Garrett Small <Garrett.Small@walmart.com>; Maya Bowie <Maya.Bowie@walmart.com>; Alex Hurd <Alex.Hurd@walmart.com>
**Subject:** FW: EXT: Nitrile Glove Business

FYI on the below agreement reached with Heypex today between Maya, myself and Garrett.

- Original price to Heypex was $8.75.
  - Agreed to a 45 cent cost increase per box to $9.20.
- Our all in cost from Garrett's slide is $7.76

CONFIDENTIAL

WM-LL0095824

- Margin 15.6%
- 66M boxes
- $607M topline

Staci

**Staci Cochran   Senior Director, H&W New Business Development**
Phone: 479.204.6335
staci.cochran@walmart.com

**From:** Garrett Small <Garrett.Small@walmart.com>
**Sent:** Thursday, May 20, 2021 6:16 PM
**To:** VICKI VASSER <Vicki.Vasserjenkins@walmartlegal.com>
**Cc:** Maya Bowie <Maya.Bowie@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>
**Subject:** FW: EXT: Nitrile Glove Business

Vicki,

# Redacted

Thank you,
Garrett

**From:** Staci Cochran <Staci.Cochran@walmart.com>
**Sent:** Thursday, May 20, 2021 6:04 PM
**To:** Thomas Bolinger <thomasbolinger@heypexglobal.com>; Garrett Small <Garrett.Small@walmart.com>; Maya Bowie <Maya.Bowie@walmart.com>
**Cc:** Gary Holmes <garyholmes@heypexglobal.com>
**Subject:** RE: EXT: Nitrile Glove Business

Thomas –

We have aligned that in partnership, while not ideal, we will accept the $9.20/box for the total of 66M boxes. Please help us get this to execution seamlessly.

Thank you for the conversation today.
Staci

**Staci Cochran   Senior Director, H&W New Business Development**
Phone: 479.204.6335
staci.cochran@walmart.com

**From:** Thomas Bolinger <thomasbolinger@heypexglobal.com>
**Sent:** Thursday, May 20, 2021 4:04 PM
**To:** Garrett Small <Garrett.Small@walmart.com>; Maya Bowie <Maya.Bowie@walmart.com>; Staci Cochran <Staci.Cochran@walmart.com>
**Cc:** Gary Holmes <garyholmes@heypexglobal.com>
**Subject:** EXT: Nitrile Glove Business

Walmart Team,

CONFIDENTIAL

WM-LL0095825

Thank you for the transparency during the meeting earlier.   As Gary stated earlier, we completely understand that the cost of containers and shipping has been increasing.  We have had an opportunity to speak with each of our board members and while we are losing some of our profits that had been budgeted we also want to be a strategic partner with Walmart.  On the call you had asked for an increase to $9.25/box, from our original negotiated cost of $8.75/box.  We would like to request a little additional help and settle on a cost of $9.20/box which would be including the additional 11M boxes of gloves for a total of 66M.  Again, we greatly appreciate the transparency and hope that this shows that we are committed in creating and maintaining a strategic relationship with Walmart.

Thomas E. Bolinger I Chief Executive Officer
(479)601-5749
thomasbolinger@HeypexGlobal.com

Heypex Global
203 W Wood St
Rogers, AR 72756
heypexglobal.com

CONFIDENTIAL

WM-LL0095826