IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LONDON LUXURY, LLC**                     **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                              **CASE NO. 5:22-CV-5059**

**WALMART, INC.**                              **DEFENDANT/COUNTER-PLAINTIFF**

### ORDER

Before the Court are the parties' objections to certain excerpts of the deposition testimony of Lew Ann Brown. Ms. Brown is a former employee of London Luxury who was employed there for approximately six years. During 2020 and 2021, Ms. Brown was an Account Manager for London Luxury, and her responsibilities included being a liaison between London Luxury and the retailers she worked with, including Walmart.

The parties identified certain excerpts, or "Excerpt Designation Numbers," from Ms. Brown's videotaped deposition to be presented to the jury in lieu of live testimony. Each party then noted its respective objections and responses to one another's designations. Below is a chart stating the Court's rulings on each objection. The Joint Motion to Exclude Deposition Testimony of Lew Ann Brown (Doc. 383) is therefore **GRANTED IN PART AND DENIED IN PART** as follows:[1]

---

[1] In many instances, the parties have objected to a question and answer in the context of showing the witness an exhibit. The Court does not know whether a given exhibit will be in evidence when the proposed deposition testimony is presented to the jury. It is possible that the Court's rulings here might be different based on whether the exhibit at issue is or is not in evidence.

| | LEW ANN BROWN | | | | |
|---|---|---|---|---|---|
| Excerpt No. | Objecting Party | From | To | Basis | Court's Ruling on the Objection |
| 9 | Walmart | 19:9 | 20:07 | 19:21 to 20:3 – Reputation or Opinion Evidence (FRE 608(a)); Relevance (FRE 401 and 402) | OVERRULED |
| 20 | Walmart | 34:15 | 34:17 | Reputation or Opinion Evidence (FRE 608(a)); Relevance (FRE 401 and 401) | OVERRULED |
| 27 | London Luxury | 42:10 | 42:18 | Vague (42:12-42:18) Lacks foundation (42:12-42:18) FRE 403 (42:12-42:18) | OVERRULED |
| 47 | London Luxury | 56:19 | 57:7 | Vague (56:23-57:03) Lacks foundation (56:23-57:03) FRE 403 (56:23-57:03) | OVERRULED as to 56:19–56:22; SUSTAINED as to 56:23–57:07 (FRE 602) |
| 48 | London Luxury | 57:18 | 58:2 | Vague Lacks foundation FRE 403 | SUSTAINED (FRE 602) |
| 52 | London Luxury | 61:13 | 61:22 | Vague (61:19-61:22) Lacks foundation (61:19-61:22) FRE 403 (61:19-61:22) | SUSTAINED (FRE 602) |
| 53 | London Luxury | 61:24 | 62:2 | Vague Lacks foundation FRE 403 | SUSTAINED (FRE 602) |

| 54 | London Luxury | 62:9 | 62:16 | Vague<br>Lacks foundation<br>FRE 403 | **SUSTAINED** (FRE 602) |
|---|---|---|---|---|---|
| 55 | London Luxury | 62:23 | 63:5 | Vague<br>Lacks foundation<br>FRE 403 | **SUSTAINED** (FRE 602) |
| 61 | London Luxury | 66:2 | 68:11 | Vague (66:08-66:16; 68:03-68:11)<br>Lacks foundation (66:08-66:16; 68:03-68:11)<br>FRE 403 (66:08-66:16; 68:03-68:11) | **OVERRULED** as to 66:02–66:07;<br><br>**SUSTAINED** as to 66:08–66:16 (FRE 602);<br><br>**OVERRULED** as to 66:19–68:02;<br><br>**SUSTAINED** as to 68:03–68:11 (FRE 602) |
| 63 | London Luxury | 69:4 | 69:8 | Vague<br>Lacks foundation | **SUSTAINED** (FRE 602) |
| 65 | London Luxury | 71:3 | 71:17 | Vague (71:03-71:13)<br>FRE 403 (71:03-71:13) | **OVERRULED** |
| 76 | London Luxury | 84:5 | 86:13 | Vague (84:05-84:09)<br>Lacks foundation (84:05-84:09)<br>Argumentative (84:05-84:09)<br>FRE 403 (84:05-84:09) | **OVERRULED** |
| 81 | London Luxury | 91:20 | 92:12 | Vague (92:03-92:12)<br>Lacks foundation (92:03-92:12)<br>FRE 403 (92:03-92:12) | **OVERRULED** |

3

| 82 | London Luxury | 92:16 | 92:19 | Vague FRE 403 | **OVERRULED** |
| --- | --- | --- | --- | --- | --- |
| 97 | London Luxury | 111:03 | 111:14 | Lacks foundation (111:07-111:14) Calls for speculation (111:07-111:14) FRE 403 (111:07-111:14) | **SUSTAINED** as to 111:04–111:06 (FRE 602); **OVERRULED** as to 111:07–111:14 |
| 98 | London Luxury | 112:11 | 112:22 | FRE 403 | **OVERRULED** |
| 114 | London Luxury | 136:20 | 139:24 | Lacks foundation (138:13-138:22) Calls for speculation (138:13-138:22) | **OVERRULED** |

**IT IS SO ORDERED** on this 24th day of March, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE