# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**LONDON LUXURY, LLC**                                 **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                         **CASE NO. 5:22-CV-5059**

**WALMART, INC.**                                      **DEFENDANT/COUNTER-PLAINTIFF**

## ORDER

Before the Court are the parties' objections to certain excerpts of the deposition testimony of Moshe Abehsera. Mr. Abehsera is a former employee of London Luxury who was employed there for approximately ten years. During the relevant period, Mr. Abehsera served as London Luxury's Chief Commercial Officer. In relation to the nitrile glove program with Walmart, Mr. Abehsera's responsibilities included developing relationships with suppliers and coordinating tasks across London Luxury's teams on logistics, planning, and compliance.

The parties identified certain excerpts, or "Excerpt Designation Numbers," from Mr. Abehsera's videotaped deposition to be presented to the jury in lieu of live testimony. Each party then noted its respective objections and responses to one another's designations. Below is a chart stating the Court's rulings on each objection. The Joint Motion to Exclude Deposition Testimony of Moshe Abehsera (Doc. 389) is therefore **GRANTED IN PART AND DENIED IN PART** as follows:[1]

---

[1] In many instances, the parties have objected to a question and answer in the context of showing the witness an exhibit. The Court does not know whether a given exhibit will be in evidence when the proposed deposition testimony is presented to the jury. It is possible that the Court's rulings here might be different based on whether the exhibit at issue is or is not in evidence.

| MOSHE ABEHSERA | | | | | |
|---|---|---|---|---|---|
| Excerpt No. | Objecting Party | From | To | Basis | Court's Ruling on the Objection |
| 18 | London Luxury | 29:8 | 31:05 | Lacks foundation Assumes facts not in evidence (29:08- 29:18) FRE 701 FRE 403 | **OVERRULED** as to 29:08–29:13; **SUSTAINED** as to 29:14–31:05 (FRE 602, 403) |
| 19 20 | Walmart | 31:06 | 31:19 | Non-Responsive Answer; Wasting Time (FRE 611(a)); Testimony not a complete question and answer; Relevance (FRE 401, FRE 402) | **OVERRULED** |
| 24 | London Luxury | 39:4 | 39:19 | Vague FRE 403 | **OVERRULED** |
| 31 | Walmart | 48:13 | 49:13 | Non-Responsive Answer; Wasting Time (FRE 611(a)); Foundation / No Personal Knowledge (FRE 104(b) and FRE 602) | **SUSTAINED** (Non-responsive) |
| 32 | Walmart | 50:19 | 52:08 | Vague Lacks Foundation | **OVERRULED** as to 50:19–51:10 (through " . . . at the time."); **SUSTAINED** as to 51:10–52:08 (starting with "I know . . .") (Non-responsive) |
| 33 | London Luxury | 53:25 | 54:16 | Vague Lacks Foundation | **OVERRULED** |

2

| | | | | | |
|---|---|---|---|---|---|
| 35 | London Luxury | 59:20 | 63:19 | FRE 403 (61:07-63:19) FRE 802 (61:07-63:19) | **OVERRULED** as to 61:07–63:19 (The testimony is allowed to give context to the sourcing problems encountered by London Luxury and to explain London Luxury's course of conduct in dealing with those problems. The testimony is not received to prove the literal truth of any specific fact.) |
| 37 | Walmart | 67:14 | 68:23 | Non-Responsive Answer; Wasting Time (FRE 611(a)) | **OVERRULED** as to 67:14–67:20 (through "I can't recall that."); **SUSTAINED** as to 67:20–68:23 (starting with "All I recall is . . .") (Non responsive) |
| 39 | Walmart | 75:02 | 75:21 | Non-Responsive Answer; Wasting Time (FRE 611(a)) | **OVERRULED** as to 75:02–75:09 (through ". . . that we were engaged with."); **SUSTAINED** as to 75:09 –75:21 (starting with "From . . .") (Non-responsive) |

| 41 | London Luxury | 78:04 | 78:08 | Asked and answered | **OVERRULED** |
|---|---|---|---|---|---|
| | | | | | |
| 53 | London Luxury | 97:9 | 98:12 | Vague (97:17-98:12) Lacks personal knowledge (97:17-98:12) FRE 403 FRE 802 | **OVERRULED** as to 97:09–97:16 (FRE 701); **SUSTAINED** as to 97:17–98:03 (FRE 602); **OVERRULED** as to 98:04–98:12 (The testimony gives industry context to explain London Luxury's course of action. The testimony is not received to prove the truth of any particular instance.) |
| | | | | | |
| 74 | London Luxury | 128:15 | 129:10 | Assumes facts not in evidence (129:06-129:10) FRE 403 | **OVERRULED** |
| | | | | | |
| 86 | London Luxury | 141:8 | 142:12 | Vague (141:16-142:12) FRE 403 (141:16-142:12) Assumes facts not in evidence (141:16-142:12) | **OVERRULED** |
| | | | | | |
| 87 | London Luxury | 142:20 | 143:7 | FRE 403 | **OVERRULED** |
| | | | | | |
| 88 | London Luxury | 143:12 | 144:22 | Vague (143:12-144:10) Compound (143:12-144:10) FRE 403 (143:12-144:16) | **OVERRULED** |

4

| | | | | | |
|---|---|---|---|---|---|
| 91 | London Luxury | 146:9 | 147:4 | Vague<br>FRE 403<br>Calls for legal conclusion | **OVERRULED** as to 146:09–147:03 (through "You don't give money.");<br><br>**SUSTAINED** as to 147:03–147:04 (starting with "Like, I . . .") (Improper opinion testimony) |
| 92 | London Luxury | 147:18 | 148:8 | Vague<br>FRE 403<br>Assumes facts not in evidence | **OVERRULED** |
| 96 | London Luxury | 155:3 | 155:24 | FRE 403<br>Asked and answered | **OVERRULED** |
| 106 | London Luxury | 172:10 | 174:7 | Vague<br>FRE 403<br>FRE 608 | **OVERRULED** as to 172:10–174:07 (This is proper opinion testimony that Walmart is using to attack Mr. Jason's character for truthfulness (i.e., "honesty"). FRE 405(a); FRE 608(a).) |
| 106A | Walmart | 174:08 | 175:11 | Reputation or Opinion Evidence (FRE 608(a)); Relevance (FRE 401 and 402) | **OVERRULED** (Since Walmart attacked Mr. Jason's character for (un)truthfulness, it is proper under FRE 608(a) to |

| | | | | | allow London Luxury to present opinion and/or reputation testimony of Mr. Jason's good character for truthfulness.) |
|---|---|---|---|---|---|
| 109 | London Luxury | 179:3 | 179:11 | Vague<br>FRE 403 | **OVERRULED** |
| 119 | London Luxury | 199:14 | 200:13 | Vague<br>Lacks foundation | **OVERRULED** |
| 129 | London Luxury | 206:18 | 208:12 | FRE 802 (207:16-208:12) | **OVERRULED** (Ms. Laas's statements, as an agent of London Luxury, are not hearsay if offered by Walmart. FRE 801(d)(2)(D)) |
| 132 | Walmart | 210:07 | 214:08 | 210:7-211:21 - Non-Responsive Answer<br>211:22-212:7 - No Objection<br>212:8-214:8 - Non-Responsive Answer; Wasting Time (FRE 611(a)); Foundation / No Personal Knowledge (FRE 104(b) and FRE 602) | **OVERRULED** as to 210:07–211:21;<br><br>**SUSTAINED** as to 212:08–214:08 (The testimony becomes non-responsive to the question ("When was the reset?") at the point where the witness states, "But what I can tell you . . .", and then testifies in a narrative format for 50 lines of transcript.) |

| | | | | | |
|---|---|---|---|---|---|
| 142 | London Luxury | 224:10 | 226:12 | FRE 802 | **OVERRULED** (The Court understands Ms. Laas to be a sourcing agent for London Luxury re: nitrile gloves. Thus, her statements are not hearsay. FRE 801(d)(2)(D).) |
| 146 | London Luxury | 232:9 | 233:18 | Vague<br>Misstates the exhibit | **OVERRULED** |
| 148 | London Luxury | 234:12 | 235:5 | Vague<br>Argumentative | **OVERRULED** |
| 148A | London Luxury | 235:6 | 235:20 | Vague (235:10-235:20)<br>Argumentative (235:10-235:20)<br>Calls for speculation (235:10-235:20) | **OVERRULED** |
| 149 | Walmart | 235:21 | 236:09 | Testimony not a complete question and answer | **OVERRULED** |
| 152 | Walmart | 237:08 | 241:11 | 237:8-239:18 - No objection<br>239:19-241:11 - Non-Responsive Answer; Wasting Time (FRE 611(a)) | **OVERRULED** |
| 155 | London Luxury | 243:17 | 246:23 | Vague (246:09-246:23)<br>Calls for legal conclusion (246:09-246:23)<br>FRE 802 (244:06-246:08)<br>FRE 403 | **OVERRULED** (The statements of Ms. Laas, as sourcing agent for London Luxury, are not hearsay. FRE |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 801(d)(2)(D). And while her statements may be prejudicial to London Luxury, they are not unfairly prejudicial, so the Rule 403 objection is overruled, as well.) |
| 161 | London Luxury | 254:9 | 254:18 | Vague<br>Lacks Foundation<br>FRE 403 | **OVERRULED** |
| 167<br>168 | London Luxury | 257:25<br>258:15 | 258:13<br>258:23 | Vague (258:09-258:23)<br>Lacks foundation (258:08-258:23)<br>FRE 403 | **OVERRULED** |
| 169<br>170 | London Luxury | 259:6<br>159:16 | 259:11<br>260:3 | Vague<br>Lacks foundation<br>Asked and answered | **OVERRULED** |
| 174 | London Luxury | 264:16 | 264:21 | Attachment missing from exhibit | **OVERRULED** (With that said, LL has preserved the right to seek to have the attachment admitted at trial. But at this point, the Court does not have enough information to make a Rule 106 ruling.) |

8

| 192 | Walmart | 286:09 | 287:24 | 286:9-286:20 - No Objection<br>286:21-287:19 - Non-Responsive Answer<br>287:20-287:24 - No Objection | **OVERRULED** as to 286:21–287:03 (through "Careglove and Mercator.") (as this testimony is deemed responsive);<br><br>**SUSTAINED** as to 287:03–287:19 (starting with "And there . . .") (as this testimony is deemed non-responsive) |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| 196<br>197 | London Luxury | 290:18<br>291:10 | 291:6<br>291:17 | Vague (290:18-291:06; 291:10-291:17)<br>Asked and answered (290:18-291:06)<br>Misstates facts (291:10-291:06)<br>Assumes facts not in evidence (291:10-291:17)<br>FRE 403 | **SUSTAINED** as to 290:18–291:06 (Non-responsive);<br><br>**OVERRULED** as to 291:10–291:17 |
| | | | | | |
| 199A | Walmart | 293:15 | 294:17 | Non-Responsive Answer; Wasting Time (FRE 611(a)); Testimony not a complete question and answer; Foundation / No Personal Knowledge (FRE 104(b) and FRE 602 | **OVERRULED** as to 293:15–293:24;<br><br>**SUSTAINED** as to 293:25–294:17 (Non-responsive) |
| | | | | | |
| 202 | Walmart | 295:12 | 297:19 | 295:12-296:12 - No Objection<br>296:13-297:19 - Non-Responsive Answer; Wasting Time (FRE 611(a)) | **SUSTAINED** as to 296:13–297:19 (Non-responsive) |
| | | | | | |

| 203 | London Luxury | 297:20 | 298:15 | Vague (297:25-298:07) Assumes facts not in evidence (298:08-298:15) | **OVERRULED** |
|---|---|---|---|---|---|
| 205 | London Luxury | 299:16 | 300:9 | Asked and answered FRE 403 | **OVERRULED** as to 299:16–299:20 (through "all the documents."); **SUSTAINED** as to 299:20–300:09 (starting with "You're looking in . . .") (FRE 403) |
| 208 | Walmart | 302:24 | 304:16 | 203:24-303:11 - No Objection 303:12-304:16 - Non-Responsive Answer; Wasting Time (FRE 611(a)) | **SUSTAINED** as to 303:12–304:16 (Non-responsive) |
| 210 | Walmart | 313:08 | 316:26 | 313:8-313:13 - No Objection 313:14-316:25 - Non-Responsive Answer; Wasting Time (FRE 611(a)) | **OVERRULED** with one exception: 313:14–316:26 is responsive to WM's question, "What happened?" However, the Court will **exclude** 314:20–314:25 as non-responsive and per Rule 403. |
| 212 | London Luxury | 319:21 | 320:15 | Asked and answered (319:21-320:03) FRE 403 | **OVERRULED** |
| 214 | London Luxury | 325:14 | 326:5 | Lacks foundation (325:25-236:05) | **OVERRULED** |

10

| | | | | | |
|---|---|---|---|---|---|
| 215 | London Luxury | 326:8 | 326:24 | Vague<br>Misstates facts<br>Assumes facts not in evidence | **OVERRULED** |
| 217 | Walmart | 327:05 | 328:08 | Non-Responsive Answer | **OVERRULED** as to 327:05–327:12 (This is a proper question and a responsive answer.);<br><br>**SUSTAINED** as to 327:13–328:08 (Non-responsive) |
| 218 | London Luxury | 328:9 | 328:13 | Vague<br>Lacks foundation | **OVERRULED** |
| 220 | London Luxury | 333:2 | 333:19 | Vague (333:07-333:12)<br>Lacks foundation (333:07-333:12) | **OVERRULED** |
| 221 | London Luxury | 333:24 | 336:19 | Misstates the exhibit (335:09-336:19)<br>FRE 403 | **OVERRULED** |
| 222 | London Luxury | 337:9 | 338:6 | Vague (337:22-228-06)<br>Lacks foundation (337:22-338:06)<br>Assumes facts not in evidence | **SUSTAINED** (FRE 602) |

**IT IS SO ORDERED** on this 24th day of March, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE