IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LONDON LUXURY, LLC**                          **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                    **CASE NO. 5:22-CV-5059**

**WALMART, INC.**                                **DEFENDANT/COUNTER-PLAINTIFF**

### ORDER NUMBER SIX REGARDING WALMART'S PRIVILEGE LOG

On Sunday, March 24, 2024, Walmart's attorney emailed the Court and opposing counsel to advise about the status of Walmart's compliance with the Court's recent Orders and directives regarding the disclosure of documents redacted for privilege. *See* Docs. 398, 405, 408, 413, 414, 418. Walmart then produced to the Court, *ex parte*, two sets of Bates-numbered documents, one labeled "Exhibit E" and the other "Exhibit F." These exhibits correspond to lists of Bates-numbered documents identified by London Luxury in an email to the Court the previous day, Saturday, March 23.[1]

Today the Court reviewed all Bates-stamped documents identified in Walmart's **Exhibit F**. Below is a chart indicating the Court's rulings as to privilege for these documents. A "sustained" ruling indicates that the Court agrees with Walmart that the document has been properly withheld as privileged, per the Court's prior Orders. An "overruled" ruling indicates that the Court finds the documents are not privileged and must immediately be produced to London Luxury without redactions.

---

[1] Walmart's email of March 24 and London Luxury's email of March 23 are attached to this Order as exhibits.

| Bates Stamp | Duplicates | Ruling |
| --- | --- | --- |
| 87919 | | **SUSTAINED** |
| 87920 | | **SUSTAINED** |
| 87922 | 88316 | **SUSTAINED** |
| 87981 | 87984–87985, 94363–94364 | **SUSTAINED** |
| 88178 | | **SUSTAINED** |
| 88180 | | **SUSTAINED** |
| 88194 | | **SUSTAINED** |
| 88202 | | **SUSTAINED** |
| 88407 | | **SUSTAINED** |
| 88409 | | **SUSTAINED** |
| 88411 | 88186, 88200, 88203, 88413, 88417, 88423, 98332 | **SUSTAINED** |
| 88422 | | **SUSTAINED** |
| 88988 | | **SUSTAINED** |
| 89420 | | **SUSTAINED** |
| 94365 | | **SUSTAINED** |
| 94515 | | **SUSTAINED** |
| 95087 | | **SUSTAINED** |
| 95124 | | **OVERRULED** |
| 98343 | | **SUSTAINED** |
| 98345 | | **SUSTAINED** |
| 101853–101859 | | **OVERRULED** |
| 101860–101864 | | **OVERRULED** |
| 87925–87926 | 94354–94355, 94512–94513, 94520–94521, 95122–95123 | **OVERRULED, but the redacted portion was disclosed previously.** *See* Doc. 399, p. 10 n.2. |
| 88018–88019 | | **SUSTAINED** |
| 88181–88182 | | **SUSTAINED** |
| 88183–88184 | | **SUSTAINED** |

| | | |
|---|---|---|
| 88187–88188 | | **SUSTAINED** |
| 88235–88238 | | **SUSTAINED** |
| 88270–88272 | | **SUSTAINED** |
| 88287–88293 | | **OVERRULED** |
| 88297–88308 | | **OVERRULED** |
| 88317–88323 | | **SUSTAINED** |
| 89011–89016 | | **SUSTAINED** |
| 89019–89024 | | **SUSTAINED** |
| 94341–94343 | | **OVERRULED** |
| 94408–94409 | | **SUSTAINED** |
| 94880–94890 | | **OVERRULED** |
| 94893–94902 | | **OVERRULED** |
| 95060–95064 | | **OVERRULED** |
| 95183–95185 | | **SUSTAINED** |
| 95189–95194 | | **SUSTAINED** |
| 95219–95220 | | **SUSTAINED** |
| 95291–95300 | | **OVERRULED** |
| 96835–96836 | | **OVERRULED** |
| 97668–97669 | | **OVERRULED** |
| 98333–98341 | | **SUSTAINED** |
| 98346–98348 | | **SUSTAINED** |
| 98349–98355 | | **SUSTAINED** |

**IT IS SO ORDERED** on this 25th day of March, 2024.

/s/ Timothy L. Brooks_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE