IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LONDON LUXURY, LLC**                                 **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                         **CASE NO. 5:22-CV-5059**

**WALMART, INC.**                                        **DEFENDANT/COUNTER-PLAINTIFF**

### ORDER NUMBER NINE REGARDING WALMART'S PRIVILEGE LOG

Walmart's counsel sent an email to the Court and opposing counsel at 1:27 a.m. today, April 1, 2024, advising that "Walmart ran additional checks . . . to confirm that all of the recent productions and *in camera* submissions were exhaustive."[1] After running these checks, Walmart identified additional documents "that were intended to have already been submitted to the Court for *in camera* review, consistent with the Privilege Orders, but were not." At 11:29 a.m., Walmart produced these documents to chambers for *in camera* review.

The Court has now reviewed all documents that were submitted today by Walmart. Given the Court's privilege log rulings to date, the Court finds that the following Bates-numbered documents were unnecessarily redacted or withheld as privileged:

- 97298
- 97325
- 97345
- 97658–97667
- 99054–99058
- 99386–99405

---

[1] Walmart's email is attached as an exhibit to this Order.

- 99406–99426
- 99488–99496
- 99497–99499
- 99509–99517
- 100402–100432

**IT IS THEREFORE ORDERED** that Walmart immediately produce these documents to London Luxury. The remainder of the documents submitted for today's inspection are deemed to have been permissibly withheld or redacted.

**IT IS SO ORDERED** on this 1st day of April, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2