**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**LONDON LUXURY, LLC**                             **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                        **CASE NO. 5:22-CV-5059**

**WALMART, INC.**                                      **DEFENDANT/COUNTER-PLAINTIFF**

## ORDER ON JURY VERDICT

On the 25th day of March, 2024, this matter came before the Court for trial to a duly qualified and selected jury consisting of nine members. After eleven days of trial, the jury was instructed on applicable law and the case was submitted on interrogatories, whereupon the jury retired to deliberate its verdict. On April 9, 2024, the jury returned to open court and delivered its verdicts.

The jury unanimously found in favor of London Luxury, LLC ("London Luxury") on its breach of contract claim against Walmart, Inc. ("Walmart") and found that London Luxury had sustained damages in the sum of $101,218,680.00.  The jury also found that London Luxury engaged in tortious conduct that proximately caused Walmart damages in the sum of $350,000.00.

The Court found no irregularity as to the form of the verdict and the foreperson confirmed that the jury was unanimous in each of its responses. Walmart requested polling, which confirmed that the jury's verdicts were unanimous. The jury was then discharged of its duties, and the trial was adjourned.

London Luxury may submit a Motion for Fees and Costs by no later than April 24, 2023.

**IT IS SO ORDERED** this 10th day of April, 2024.

_____
Timothy L. Brooks
United States District Judge