IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LONDON LUXURY, LLC**                                    **PLAINTIFF/COUNTER-DEFENDANT**

V.                               CASE NO. 5:22-CV-5059

**WALMART, INC.**                                         **DEFENDANT/COUNTER-PLAINTIFF**

## JUDGMENT

Pursuant to the Jury's Verdicts in this matter, the Court hereby finds and directs that: London Luxury, LLC ("London Luxury") is entitled to a judgment of damages against Walmart, Inc. ("Walmart") on its breach of contract claim; and Walmart is entitled to a judgment of damages against London Luxury on its tortious conduct counterclaims.

**IT IS ORDERED** that Walmart's counterclaim for breach of contract against London Luxury is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that judgment is hereby rendered and awarded to London Luxury against Walmart in the amount of **$101,218,680.00**, which was awarded in damages on London Luxury's breach of contract claim, and judgment is hereby rendered and awarded to Walmart against London Luxury in the amount of **$350,000.00**, which was awarded in damages on Walmart's counterclaims for tortious conduct.

**IT IS SO ORDERED** on this 10th day of April, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE